# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**POR YE YANG,**

        **Petitioner,**

        **v.**                                                **Case No. 19-CV-229**

**KIRSTJEN NELSON, et al.,**

        **Respondent.**

## RECOMMENDATION THAT PETITION BE DISMISSED AS MOOT

On February 13, 2019, Por Ye Yang, a citizen of Laos, filed a petition for a writ of habeas corpus regarding his detention by immigration officials. On February 26, 2019, mail the court sent to the petitioner was returned by the postal service as undeliverable because the petitioner was no longer in custody. The online records of U.S. Immigration and Customs Enforcement (ICE), *see* https://locator.ice.gov, state that no Laotian national under the petitioner's A-number is in ICE custody.

Because the court has no evidence that the petitioner remains in custody, and release from custody is the only relief he may obtain by way of a petitioner for a writ of habeas corpus, the court will recommend that the petition and this action be dismissed as moot. Further, because this court does not have a mailing address for the petitioner,

this recommendation will not be mailed to the petitioner. However, if the court receives an updated address for the petitioner, the Clerk shall promptly mail this recommendation to the petitioner.

**IT IS THEREFORE RECOMMENDED** that the petition and this action be dismissed as moot.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) and Fed. R. Civ. P. 72(b)(2) whereby written objections to any recommendation herein or part thereof may be filed within fourteen days of service of this recommendation. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal.

Dated at Milwaukee, Wisconsin this 27th day of February, 2019.

_William E. Duffin_
WILLIAM E. DUFFIN
U.S. Magistrate Judge